PHILLIP A. TALBERT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 01-0113 WBS |
|---|---|
| Plaintiff, | MOTION TO DISMISS; [PROPOSED] ORDER |
| v. | |
| OGANES ADIGOZYAN, | |
| Defendant. | |

An indictment was filed in this matter on March 14, 2001, against the above-referenced defendant alleging a violation of Title 18, United States Code §§ 1347 and 2 [Health Care Fraud and Aiding and Abetting]. (Docket, #1). An arrest warrant issued for the defendant. (Docket, #2). In the more than sixteen years which have passed since the indictment issued, law enforcement personnel have been unable to apprehend defendant Adigozyan. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America seeks the leave of this Honorable Court to dismiss the indictment without prejudice. This motion is based upon the passage of time, limitations of government resources, and the lack of indications the defendant will be apprehended. The United States

///
///
///

MOTION TO DISMISSS                              1

also respectfully requests that the arrest warrant be recalled and this case be closed on the Court's docket.

Dated: September 25, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant United States Attorney

# O R D E R

The United States' motion to dismiss is GRANTED and the indictment (Docket, #1) is ordered DISMISSED WITHOUT PREJUDICE. The arrest warrant is recalled and Case CR S 01-0113 WBS shall be closed on the Court's docket. .

**SO ORDERED:**

Dated: September 28, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE